## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION
## CIVIL ACTION NO.: 5:19-cv-115-TBR
### *Electronically Filed*

**JERRY F. HICKS**                                                                 **PLAINTIFF**


**v.**


**KRISTA M. HUCKLEBERRY,**
**and**
**GOVERNMENT EMPLOYEES INSURANCE COMPANY**                      **DEFENDANTS**

---

### AGREED ORDER OF DISMISSAL

---

By agreement of the parties, each by counsel, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1.      That all causes of action asserted by the Plaintiff, Jerry F. Hicks, against the Defendants, Krista M. Huckleberry and Government Employees Insurance Company, be and the same are hereby **DISMISSED AS SETTLED WITH PREJUDICE**.  Each party to pay their own costs and attorney's fees;

2.      It is hereby **ORDERED AND ADJUDGED** that this Agreed Order of Dismissal with Prejudice is hereby determined to be **FINAL AND INCLUSIVE** of any and all claims asserted or assertable herein against the Defendants by the aforesaid Plaintiff.  The Defendants are hereby released from any and all further liability resulting from the claims of the Plaintiff;

3.      The Clerk of the Court is directed to remove this matter from this Court's active docket; ----- The final pretrial and jury trial are VACATED. This case is now closed.

This being a final and appealable Order, there being no just reason for delay.


December 28, 2020